**Daniel L. GARDELLA, Appellant, v. Albert B. CHANDLER et al., Appellees.**

**No. 266, Docket 21358.**

United States Court of Appeals
Second Circuit.

June 2, 1949.

Frederic A. Johnson, New York City, for plaintiff.

Willkie, Owen, Farr, Gallgher & Walton and Edgar P. Feeley, New York City, Mark F. Hughes, New York City argued, for defendant.

Before L. HAND, Chief Judge, and SWAN and FRANK, Circuit Judges.

PER CURIAM.

Affirmed on the authority of Martin **v.** National League Baseball Club, 2 Cir., 174 F.2d 917.

See also, 2 Cir., 172 F.2d 402.